# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| TAMMY N. COMBS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:16-cv-00171-SLC |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, *sued as Nancy A. Berryhill, Acting Commissioner of Social Security Administration*,[1] | ) ) ) ) ) |
| Defendant. | ) ) |

## OPINION AND ORDER

On March 28, 2018, the Court entered an Order remanding this appeal of Plaintiff Tammy N. Combs's denial of disability benefits to the Social Security Administration for further proceedings. (DE 25-DE 27). On June 26, 2018, Combs filed a motion of award of attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (DE 29), together with supporting documentation (DE 29-1 through DE 29-5), seeking $3,261.70 in attorney fees and $54.00 in paralegal fees for 16.9 attorney hours and 0.6 paralegal hours of work. On July 10, 2018, the Commissioner of Social Security filed a joint stipulation to an award of EAJA attorney fees in the amount of $3,300 in attorney fees and zero dollars in other costs. (DE 30).

The EAJA provides:

> Except as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action . . . ,

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security, *see Casey v. Berryhill*, 853 F.3d 322 (7th Cir. 2017), and thus, she is automatically substituted for Carolyn W. Colvin in this case, *see* Fed. R. Civ. P. 25(d).

> including proceedings for judicial review of agency action, brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.

28 U.S.C. § 2412(d)(1)(A). Here, the Commissioner concedes that an award of $3,300 is appropriate for Combs.

Therefore, Combs's motion for an award of EAJA fees (DE 29) is GRANTED in the amount of $3,300 as set out in the joint stipulation filed by the Commissioner (DE 30). Accordingly, it is ORDERED that an award of attorney fees in the sum of $3,300 shall be paid by the Commissioner to Combs. Any fees paid belong to Combs and not her attorney and may be offset to satisfy any pre-existing debt that Combs owes to the United States. *See Astrue v. Ratliff*, 560 U.S. 586 (2010). If counsel for the Commissioner can verify that Combs does not owe any pre-existing debt subject to offset, the Commissioner shall direct that the award be made payable to Combs's counsel pursuant to the fee agreement (DE 29-5) executed by Combs and her counsel.

SO ORDERED.

Entered this 18th day of July 2018.

/s/ Susan Collins
Susan Collins
United States Magistrate Judge